| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681)<br>**RHM LAW LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>sloan@RHMFirm.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>AUG 07 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>Special Unit Security Inc.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15668-VZ<br>CHAPTER: 11<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: July 11, 2023<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>       Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

**(*NOTES FOR USE OF THIS FORM***: *List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.*)

---

Calendar Number: 7          Claim Number: 6          Claim Amount: $500,000

Claimant Name: Devonnair R. Johnson

☒ Disallowed    ☐ Allowed       ☐ Unsecured: $               ☐ Priority: $
Comments:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                               Page 1                          F 3007-1.1.ORDER.OBJ.CLAIM

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

###

Date: August 7, 2023

/s/ Vincent P. Zurzolo
Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 3007-1.1.ORDER.OBJ.CLAIM**