MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
SONYA SHAO
Senior Trial Attorney
NISHA PAREKH
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-3990
Parekh.Nisha@dol.gov
*Attorneys for Julie A. Su,*
*United States Acting Secretary of Labor*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPECIAL UNIT SECURITY, INC.<br><br>　　　　　　　　　　Debtor | Case Number: 2:22-bk-15668-VZ<br><br>CHAPTER 11<br><br>**Notice Re: Creditor Acting Secretary of Labor's Response to Motion for Relief from Stay** |

     PLEASE TAKE NOTICE, that the counsel representing the Acting Secretary of Labor, U.S. Department of Labor in this bankruptcy matter has been deeply enveloped in investigation into, litigation against, and an evidentiary hearing regarding civil contempt of a Central District Court temporary restraining order against parties who have, *inter alia*, employed children in violation of prevailing law and the Court's order.  The Acting Secretary's counsel became aware on the filing deadline that her response to Creditor's Motion for Relief from Stay was due.

     PLEASE TAKE FURTHER NOTICE that counsel for the Acting Secretary has conferred with counsel for the Debtor and the Creditor who filed the motion at issue, and both parties confirmed they do not oppose the Acting Secretary filing a belated response to the Motion.  As such, with leave of the Court, the Acting Secretary will respond to the Motion for Relief from Stay on October 6, 2023.

Respectfully submitted,

Dated: October 26, 2023

SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
SONYA SHAO
Senior Trial Attorney

*/s/ Nisha Parekh*
NISHA PAREKH
Trial Attorney

*Attorneys for Plaintiff Julie A. Su,*
*United States Acting Secretary of Labor*