# (SUPPLEMENTAL) PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

811 Wilshire Blvd., Ste. 1640
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion for Reconsideration of Order Disallowing Creditor's Claim No. 6 [Dkt. 161]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/02/2023_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _11/02/2023_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE'S COPY – Dispatched 11/02/23 via Overnight Mail
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court - L.A. Division
255 E. Temple St., Ste. 1360,
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/23 | Yana Henriks | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]:**

    SUBCHAPTER V TRUSTEE:

       Gregory Kent Jones (TR), gjones@sycr.com; smjohnson@sycr.com; C191@ecfcbis.com; cpesis@stradlinglaw.com

    ATTORNEYS FOR DEBTOR, SPECIAL UNIT SECURITY, INC.:

       Roksana D. Moradi-Brovia, roksana@rhmfirm.com; matt@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com

       Matthew D. Resnik, matt@rhmfirm.com; roksana@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com

    U.S. TRUSTEE:

       United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

       Kelly L Morrison, kelly.l.morrison@usdoj.gov

    ATTORNEY FOR CREDITOR, U.S. DEPARTMENT OF LABOR:

       Nisha Parekh, parekh.nisha@dol.gov

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yana G. Henriks, Esq. (SBN 250638)<br>McMurray Henriks, LLP<br>811 Wilshire Blvd., Ste. 1640<br>Los Angeles, CA 90017<br>Tel: (323) 931-6200<br>Fax: (323) 931-9521<br>Email: yhenriks@law-mh.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor, Devonnair R. Johnson | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTE OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Special Unit Security, Inc. | CASE NO.: 2:22-bk-15668-VZ |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF MOTION FOR:**<br>Reconsideration of Order Disallowing Creditor's Claim No. 6<br><br>**(*Specify name of Motion*)** |
| | DATE: 12/05/2023<br>TIME: 11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E Temple St., Ste. 1360<br>Los Angeles, CA 90012 |
| Debtor(s). | |

1. TO (*specify name*): Debtor, Special Unit Security, Inc.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 11/02/2023

McMurray Henriks, LLP
Printed name of law firm

*[Signature]*
Signature

Yana G. Henriks
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

## 2:22-bk-15668-VZ Notice of motion/application

cmecfhelpdesk@cacb.uscourts.gov
<cmecfhelpdesk@cacb.uscourts.gov>

Thu 11/2/2023 9:55 AM

To:Courtmail@cacb.uscourts.gov <Courtmail@cacb.uscourts.gov>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Central District of California

Notice of Electronic Filing

The following transaction was received from Yana G Henriks entered on 11/2/2023 at 9:54 AM PDT and filed on 11/2/2023

**Case Name:** Special Unit Security Inc.
**Case Number:** 2:22-bk-15668-VZ
**Document Number:** 161

**Docket Text:**
Notice of motion/application Filed by Creditor Devonnair R Johnson (RE: related document(s)[147] Motion to Reconsider (related documents [110] Order on Motion RE: Objection to Claim (BNC-PDF)) Filed by Creditor Devonnair R Johnson (Attachments: # 1 Proposed Order)). (Henriks, Yana)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of M4R w POS.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=11/2/2023] [FileNumber=105135470
-0]
[51f76ccf11768d9369bc64066df3526ce0699a752b309c72013ece9f91720c090
88d005fa9d21724c0cd3eed672cdd57132cc3a9542d0cfb708265fb08d56c38]]

**2:22-bk-15668-VZ Notice will be electronically mailed to:**

Yana G Henriks on behalf of Creditor Devonnair R Johnson
yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;ndilts@law-mh.com;cpinto@law-mh.com;dpham@law-mh.com;lburdeos@law-mh.com;paralegal@law-mh.com;apham@law-mh.com;dgharibian@law-mh.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Roksana D. Moradi-Brovia on behalf of Debtor Special Unit Security Inc.
Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Nisha Parekh on behalf of Creditor United States Department of Labor
parekh.nisha@dol.gov

Matthew D. Resnik on behalf of Debtor Special Unit Security Inc.
Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:22-bk-15668-VZ Notice will not be electronically mailed to:**

RHM Law LLP
,

Sarkis Markarian of Markarian & Associates
,