| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yana G. Henriks, Esq. (SBN 250638)<br>McMurray Henriks, LLP<br>811 Wilshire Blvd., Ste. 1640<br>Los Angeles, CA 90017<br>Tel: (323) 931-6200<br>Fax: (323) 931-9521<br>Email: yhenriks@law-mh.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor, Devonnair R. Johnson | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Special Unit Security, Inc.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15668-VZ<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>Reconsideration of Order Disallowing Creditor's Claim No. 6<br><br><br><br>**(*Specify name of Motion*)**<br><br>DATE: 12/05/2023<br>TIME:  11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E Temple St., Ste. 1360<br>             Los Angeles, CA 90012 |

1. TO (*specify name*): Debtor, Special Unit Security, Inc.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.1.HEARING.NOTICE**

# (SUPPLEMENTAL) PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

811 Wilshire Blvd., Ste. 1640
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion for Reconsideration of Order Disallowing Creditor's Claim No. 6

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/02/2023_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _11/02/2023_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE'S COPY – Dispatched 11/02/23 via Overnight Mail
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court - L.A. Division
255 E. Temple St., Ste. 1360,
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/23 | Yana Henriks | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]:**

    SUBCHAPTER V TRUSTEE:

    Gregory Kent Jones (TR), gjones@sycr.com; smjohnson@sycr.com; C191@ecfcbis.com; cpesis@stradlinglaw.com

    ATTORNEYS FOR DEBTOR, SPECIAL UNIT SECURITY, INC.:

    Roksana D. Moradi-Brovia, roksana@rhmfirm.com; matt@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com

    Matthew D. Resnik, matt@rhmfirm.com; roksana@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com

    U.S. TRUSTEE:

    United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

    Kelly L Morrison, kelly.l.morrison@usdoj.gov

    ATTORNEY FOR CREDITOR, U.S. DEPARTMENT OF LABOR:

    Nisha Parekh, parekh.nisha@dol.gov