| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>Matthew D. Resnik (Bar No. 182562)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>matt@RHMFirm.com<br><br>☒ *Attorney for Debtor*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 13 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>SPECIAL UNIT SECURITY, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15668-VZ<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:  November 7, 2023<br>TIME:  10:30am<br>COURTROOM:  1368<br>PLACE:  255 E. Temple Street<br>          Los Angeles, CA 90012 |
|---|---|

**Movant:**  DEVONNAIR R. JOHNSON

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   Name of Nonbankruptcy Action: Devonnair R Johnson vs Special Unit Security, Inc. et al.
   Docket number: 19STCV21731
   Nonbankruptcy forum where Nonbankruptcy Action is pending: Los Angeles Superior Court

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b.  ☐ Unexcused non-appearance by Movant
   c.  ☒ Lack of proper service

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                          Page 1                                          F 4001-1.RFS.DENY.ORDER

d. ☐ Lack of good cause shown for relief from stay

e. ☐ No stay is in effect under:
   (1) ☐ 11 U.S.C. § 362(c)(2)(A)
   (2) ☐ 11 U.S.C. § 362(c)(2)(B)
   (3) ☐ 11 U.S.C. § 362(c)(3)(A)
   (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: November 13, 2023

_Vincent P. Zurzolo_
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 4001-1.RFS.DENY.ORDER**