Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
Special Unit Security Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPECIAL UNIT SECURITY INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:22-bk-15668-VZ<br><br>Chapter 11<br><br>**MOTION TO STRIKE CREDITOR'S REPLY TO DEBTOR'S OPPOSITION TO CREDITOR'S MOTION FOR RECONSIDERATION OF ORDER DISALLOWING CREDITOR'S CLAIM NO. 6**<br><br>Date: December 5, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; MOVANT, DEVONNAIR R. JOHNSON; AND ALL CREDITORS AND PARTIES IN INTEREST:**

Special Unit Security Inc., the "Debtor" and "Debtor-in-Possession" in the above-stated case, hereby moves to strike, under Rule 12(f) of Fed. R. Civ. P., the *Reply to Debtor's Opposition to Creditor's Motion for Reconsideration of Order Disallowing Creditor's Claim No. 6* (the "Reply") [Docket No. 193], filed by Devonnair R. Johnson ("Movant"), as follows:

**RHM LAW LLP**

1

FRCP 12(f) provides:

> Motion to Strike. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
>
> (1) on its own; or
>
> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading

In the Reply, the Movant states that the Debtor provided "a fake USPS tracking number" in the Debtor's *Opposition* [Docket No. 188]. *See* Reply, pg. 2, ¶I, lines 4-5.

However, the Debtor and the declarants never represent that this "tracking number" was from the U.S. Postal Service ("USPS"). On the contrary, the declarants explicitly state that the number was an **internal tracking number** from BK Attorney Services, LLC d/b/a certificateofservice.com (the "Server"). *See* Opposition, pg. 4, ¶II., lines 4-5 ("Once the pleadings have been mailed, the Server emails RHM a Certificate of Service Declaration of Mailing and provides the Server tracking number.") and pg. 4, lines 20-21 ("The Server's tracking number was 7332197841."); *see* Declaration of W. Sloan Youkstetter, pg. 17, ¶12, lines 18-19 ("Once the pleadings have been mailed, the Server emails RHM a Certificate of Service Declaration of Mailing and provides the Server tracking number."); *see* Declaration of Max Bonilla, pg. 20, ¶4, lines 20-22 ("Once the pleadings have been mailed, the Server emails RHM a Certificate of Service Declaration of Mailing and provides the Server tracking number.") and pg. 21, lines 11-12 ("The Server's tracking number was 7332197841.").

Further, Exhibit "A" and Exhibit "C" attached to the Opposition do not state that the tracking number is from the USPS. *See* Opposition, Exhibit "A," pgs. 25-26 and Exhibit "C," pg. 34. In fact, the exhibits show that the tracking number pertains to the specific <u>internal</u> mailing request.

The Movant's assertions that the Debtor provided a fake USPS tracking number is not supported by the record. Thus, the Reply contains immaterial, impertinent, and scandalous matters.

**RHM LAW LLP**

1 | WHEREFORE, the Debtor respectfully requests that the Court strike the Reply.

3 | Dated: November 29, 2023        **RHM LAW LLP**

5 |         **By: /s/   Roksana D. Moradi-Brovia**
             **Roksana D. Moradi-Brovia**
             **W. Sloan Youkstetter**
             *Attorneys for Debtor*
             Special Unit Security Inc.

**RHM LAW LLP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): _____
MOTION TO STRIKE CREDITOR'S REPLY TO DEBTOR'S OPPOSITION TO CREDITOR'S MOTION FOR
RECONSIDERATION OF ORDER DISALLOWING CREDITOR'S CLAIM NO. 6
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/29/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/29/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor via email (the email address is not listed here for privacy reasons)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/29/2023 | W. Sloan Youkstetter | /s/ W. Sloan Youkstetter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**</u>:

- <u>Counsel for Devonnair Johnson</u>:  **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;ndilts@law-mh.com;cpinto@law-mh.com;dpham@law-mh.com;lburdeos@law-mh.com;paralegal@law-mh.com;apham@law-mh.com;dgharibian@law-mh.com
- <u>Subchapter V Trustee</u>:  **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- <u>Counsel for Debtor</u>:  **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- <u>Counsel for US Trustee</u>:  **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- <u>Counsel for DOL</u>:  **Nisha Parekh**    parekh.nisha@dol.gov
- <u>Counsel for Debtor</u>:  **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov