

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER __11.00__

APPEAL?   ☐ Yes  ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Matthew D. Resnik__    Attorney Bar# __182562__
Law Firm: __RHM LAW LLP__
Mailing Address: __17609 Ventura Blvd., Suite 314, Encino, CA 91326__
_____

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: (__818__) __285-0100__    E-mail: __rosario@rhmfirm.com__
Bankruptcy Case #: __2:22-bk-15668-VZ__    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __12/5/2023__  Time: __11:00AM__
Debtor: __SPECIAL UNIT SECURITY INC__
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: __V. Zurzolo__    Courtroom #: __LA 1368__
**TRANSCRIBER:** __Echo Reporting__    **ALTERNATE:** __Ben Hyatt__
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days            ☒ Entire Hearing
☐ 14 Days               ☒ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                    ☐ Testimony of Witness _____
                                            ☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote _prior_ to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._