```
 1                UNITED STATES BANKRUPTCY COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                           --oOo--
 4  In Re:                          ) Case No. 2:22-bk-15668-VZ
                                    )
 5  SPECIAL UNIT SECURITY, INC.,    ) Chapter 11
                                    )
 6        Debtor.                   ) Los Angeles, California
    _____    ) Tuesday, December 12, 2023
 7                                    10:30 a.m.
 8                                    MOTION FOR RELIEF FROM STAY
                                      [E-F]
 9
                                      DEVONNAIR R. JOHNSON VS DEBTOR
10
                      TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE VINCENT ZURZOLO
                  UNITED STATES BANKRUPTCY JUDGE
12

13  APPEARANCES:

14  For the Debtor:                 W. SLOAN YOUKSTETTER, ESQ.
                                    RHM Law, LLP
15                                  510 West 6th Street
                                    Suite 1220
16                                  Los Angeles, California 90014
                                    (818) 382-6200
17
    For the Subchapter V            GREGORY K. JONES, ESQ.
18    Trustee:                      Stradling Yocca Carlson &
                                      Rauth
19                                  10100 Santa Monica Boulevard
                                    Suite 1400
20                                  Los Angeles, California 90067
                                    (310) 429-9581
21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

ii

```
 1  APPEARANCES:  (Cont'd.)

 2  For Devonnair Johnson:        YANA HENRIKS, ESQ.
                                  McMurray Henriks, LLP
 3                                811 Wilshire Boulevard
                                  Suite 1640
 4                                Los Angeles, California 90017
                                  (323) 931-6200
 5
    Court Recorder:               Tina Johnson
 6                                United States Bankruptcy Court
                                  Edward R. Roybal Federal
 7                                  Building
                                  255 East Temple Street
 8                                Los Angeles, California 90012

 9  Transcriber:                  Jordan R. Keilty
                                  Echo Reporting, Inc.
10                                9711 Cactus Street, Suite B
                                  Lakeside, California 92040
11                                (858) 453-7590

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                    1
 1   LOS ANGELES, CALIFORNIA TUESDAY, DECEMBER 12, 2023 10:30 AM
 2                              --oOo--
 3        (Call to order of the Court.)
 4             THE COURT:  Devonnair Johnson versus Special Unit
 5   Security, Incorporated.  May I please have the appearance on
 6   behalf of the moving party first.
 7             MR. HENRIKS:  Good morning, your Honor.  Yana
 8   Henriks for Devonnair Johnson.
 9             THE COURT:  Good morning.
10             And may I have an appearance on behalf of the
11   Respondent?
12             MR. YOUKSTETTER:  Good morning, your Honor.  Sloan
13   Youkstetter on behalf of the Debtor.
14             THE COURT:  Good morning.
15             And do we have an appearance on behalf of the
16   Subchapter V Trustee, please?
17             MR. JONES:  Good morning, your Honor.  Greg Jones,
18   Subchapter V Trustee.
19             THE COURT:  Good morning.
20             Okay.  Ms. Henriks, anything you want to add in
21   support of your motion?
22             MR. HENRIKS:  Yes, your Honor.  I wanted to, just
23   as a background, remind the Court that this is a case that
24   was set to go to trial in a matter of weeks in a State
25   Court, was litigated.  The gravamen of the complaint was Mr.
```

2

1  Mauritian, who's the owner of Special Unit, basically
2  falsely imprisoning my client who came to get his last
3  paycheck and raised the question why he's being paid in cash
4  and obviously underpaid.  Not only he was falsely
5  imprisoned, he was assaulted, battered, and tased.  So,
6  there was a police report, criminal investigation, and our
7  case was ongoing for several years.  I don't think any of
8  the actions of -- of the Special Securities owner really in
9  a sense could possibly promptly resolve in the Bankruptcy
10 Court.
11         We -- the opposition was based on the fact that
12 there was a disallowance order that now the Court set -- set
13 it aside, and I believe the petition should be granted.
14 Because the nature of the claim, the length of the
15 litigation, the fact that the case was about to go to trial,
16 and the -- the fact that main claims are known dischargeable
17 and have nothing to do with the bankruptcy, the Court should
18 grant the petition.
19         THE COURT:  I believe you mean the motion.
20         MR. HENRIKS:  I mean -- I'm sorry -- motion.  My
21 apologies, your Honor.
22         THE COURT:  Okay.  Thanks.
23         Okay.  Mr. Youkstetter, anything you want to add
24 in support of your opposition?
25         MR. YOUKSTETTER:  Yes.  I just want to respond to

1  what was just said.  So, the -- the moving party just -- Ms.
2  Hendriks just said that the -- the trial was set to start in
3  -- in weeks.  So, nowhere in the motion does it state when,
4  the actual date of when the trial was supposed to start.
5  That was actually stated in the motion to reconsider.  It
6  was sometime in January or February 2023.
7          The -- the -- the petition the Debtor filed in --
8  in October.  So, it was not -- trial was not going to start
9  in a matter of weeks.  It was months.  You know, so, that's
10 -- I just wanted to -- to point that out.
11          Thank you, your Honor.
12          THE COURT:  You're welcome.
13          Trustee Jones, do you wish to be heard?
14          MR. JONES:  No comment, your Honor.
15          THE COURT:  Okay.  And, Ms. Hendriks, do you wish
16 to make any reply?
17          MR. HENRIKS:  Yes, your Honor.  The trial was
18 supposed to start within a matter of the week, and the issue
19 was that Debtor didn't comply with the discovery order and
20 we're bringing motion, and that motion was pending, and
21 Special Unit Security filed for bankruptcy.
22          THE COURT:  Okay.  Thank you very much.
23          All right.  Here's my ruling on the motion.
24 First, I note that the motion has not been served as
25 required by the Federal Rules of Bankruptcy Procedure, the

4

1  Federal Rules of Bankruptcy Procedure service on the 20
2  largest unsecured creditors, and that was not accomplished.
3          Number two, there is no compliance with Local
4  Bankruptcy Rule 9013-1.  That Local Rule requires when a
5  party seeks relief and it is denied and if they come back to
6  the Court and seek it again, they have to explain why it's
7  being sought again, and there was no attempt to explain that
8  in the second motion.
9          Finally, I find the moving party has failed to
10 carry its burden with regards to cause.  If -- now,
11 especially -- this is especially true in light of the fact
12 that at this point, the claim has been -- the order
13 disallowing the claim has been vacated.  The claim -- the
14 proof of claim is deemed allowed unless and until there is
15 an objection which is granted to disallow the claim.
16         And, with regards to determination of
17 nondischargeability, there would be a requirement for -- if
18 the moving party wished to have the debt determined to be
19 nondischargeable, they would be required to commence an
20 adversary proceeding and to have that determination made in
21 this Court.
22         So, for all those reasons, the motion is denied.
23         Please lodge a simple order, Mr. Youkstetter,
24 denying the motion.
25         MR. YOUKSTETTER:  Yes, your Honor.  Thank you,

5

1  your Honor.

2  THE COURT:  You're welcome.

3  (Proceedings concluded.)

4

5  I certify that the foregoing is a correct

6  transcript from the electronic sound recording of the

7  proceedings in the above-entitled matter.

8

9  /s/Jordan Keilty                1/4/2024
   Transcriber                     Date
10
   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
11

12
   /s/L.L. Francisco
13 L.L. Francisco, President
   Echo Reporting, Inc.
14