Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
Special Unit Security Inc.

FILED & ENTERED

MAY 07 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPECIAL UNIT SECURITY INC.,<br><br>Debtor. | Case No. 2:22-bk-15668-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 8, AND RELATED DEADLINES**<br><br>Date:  June 27, 2024<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

Special Unit Security Inc., the "Debtor" and "Debtor-in-Possession" in the above-stated case, and the Acting Secretary of Labor, United States Department of Labor, having filed a *Second Stipulation to Continue Hearing on Debtor's Objection to Proof of Claim No. 8, and Related Deadlines* (the "Stipulation") with the Court on May 6, 2024, as Docket No. 220, and good cause appearing therefor,

///

///

IT IS HEREBY ORDERED THAT:

1. The Stipulation is **APPROVED.**

2. A status conference on the Court's procedures regarding an evidentiary hearing will be held on June 11, 2024 at 11:00 a.m.

###

Date: May 7, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge