

**FILED & ENTERED**

**OCT 30 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Special Unit Security Inc.<br><br>Debtor(s). | Case No.: 2:22-bk-15668-VZ<br><br>CHAPTER 11<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO CONFIRM FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**<br><br>**(2) SETTING HEARING DATE ON MOTION TO CONFIRM SECOND AMENDED PLAN**<br><br><u>Next Hearing on Plan Confirmation</u>:<br>Date: **January 29, 2026**<br>Time:  11:00 AM<br>Ctm:    1368, Roybal Federal Building<br>             255 E. Temple St.,<br>             Los Angeles, CA 90012 |

On **August 28, 2025**, a hearing was held on the debtor's motion to confirm First Amended Subchapter V Plan of Reorganization ("Motion to Confirm," docket #321). Appearances are noted on the record. Based on the findings and conclusions stated on the record, **IT IS ORDERED**:

(1) The Motion to Confirm is **DENIED**.

-1-

(2) **January 29, 2026 at 11:00 a.m**. is a hearing for a motion to confirm. Second Amended Subchapter V Plan of Reorganization, using the forms required as set forth in the Order Setting Initial Status Conference at page 6 (**docket #6**).

(3)  The Notice of Dates and Deadlines must be served and filed a minimum of 42 days prior to the hearing.

(4)  The debtor may select an earlier hearing date on a Thursday at 11:00 a.m. that is available for the court and that meets all of the service and filing deadlines.

###

Date: October 30, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge