Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
Special Unit Security Inc.

**FILED & ENTERED**

**JAN 05 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad      DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re

SPECIAL UNIT SECURITY INC.,

Debtor.

) Case No. 2:22-bk-15668-VZ
)
) Chapter 11
)
) **ORDER GRANTING MOTION TO**
) **CONTINUE HEARING ON**
) **CONFIRMATION OF DEBTOR'S**
) **SECOND AMENDED CHAPTER 11**
) **PLAN OF REORGANIZATION AND**
) **RELATED DEADLINES**
)
)
) Current Hearing:
) Date:  January 29, 2026
) Time: 11:00 a.m.
)
) Continued Hearing:
) Date:  February 26, 2026
) Time: 11:00 a.m.
) Place: Courtroom 1368
)         255 E. Temple Street
)         Los Angeles, CA 90012
)
)
)
)

Special Unit Security Inc., the "Debtor" and "Debtor-in-Possession" in the above-stated case, having filed its "Ex Parte Motion to Continue Hearing on Confirmation of Debtor's Second Amended Chapter 11 Plan of Reorganization and Related Deadlines" on December 31, 2025 (the "Motion") [Docket No. 336].

1    Neither LBR 9013-1 nor LBR 9075-1 authorize a procedure for filing an "ex parte"
2 motion (a motion without notice).  The Motion is mistitled because the debtor included a
3 proof of service of the Motion on all creditors.

4    Having reviewed the Motion, and finding good cause, **IT IS ORDERED**:

5    1.    The Motion is **GRANTED**;

6    2.    The hearing on confirmation of the *2nd Amended Subchapter V Plan of*
7 *Reorganization* (the "2nd Amended Plan") [Docket No. 335] is continued from January 29,
8 2026, at 11:00 a.m. to February 26, 2026, at 11:00 a.m.; and

9    3.    The new deadlines to serve and file documents are:

10        a.    **January 15, 2026** -- Debtor must serve and file a Notice of Dates and
11            Deadlines;

12        b.    **February 5, 2026** – Debtor must serve and file a Motion to Confirm
13            Subchapter V Plan of Reorganization ("Motion to Confirm");

14        c.    **February 12, 2026** – Parties serve and file a response to the Motion to
15            Confirm; and

16        d.    **February 19, 2026** – Debtor serves and files a reply to any response to
17            the Motion to Confirm.

18

19                                    ###

20

21

22

23

24
Date: January 5, 2026

25                                    Vincent P. Zurzolo
                                    United States Bankruptcy Judge
26

27

28