Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
SPECIAL UNIT SECURITY INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPECIAL UNIT SECURITY INC.,<br><br>Debtor. | Case No. 2:22-bk-15668-VZ<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF:**<br><br>**SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; EXHIBITS AND DECLARATIONS IN SUPPORT; NOTICE OF DATES RELATED TO CONFIRMATION OF SUBCHAPTER V PLAN, AND DEADLINES TO: (A) SUBMIT BALLOTS; (B) FILE PRELIMINARY OBJECTION TO CONFIRMATION OF PLAN; AND (C) FILE RESPONSE TO MOTION TO CONFIRM PLAN; BALLOT; BALLOT LETTER; ORDER GRANTING MOTION TO CONTINUE HEARING ON CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND RELATED DEADLINES**<br><br>Date: February 26, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>      255 E. Temple Street<br>      Los Angeles, CA 93101 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
 SEE ATTACHED PAGE _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/09/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   01/09/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   01/09/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/09/2026 | Gabriela Hansen | /s/ Gabriela Hansen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE

A true and correct copy of the foregoing document entitled (*specify*):

-SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; EXHIBITS AND DECLARATIONS IN SUPPORT

-NOTICE OF DATES RELATED TO CONFIRMATION OF SUBCHAPTER V PLAN, AND DEADLINES TO: (A) SUBMIT BALLOTS; (B) FILE PRELIMINARY OBJECTION TO CONFIRMATION OF PLAN; AND (C) FILE RESPONSE TO MOTION TO CONFIRM PLAN

-BALLOT

-BALLOT LETTER

-ORDER GRANTING MOTION TO CONTINUE HEARING ON CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND RELATED DEADLINES

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**:

- Counsel for D. Johnson: **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com; sridgill@law-mh.com; 1457576420@filings.docketbird.com; ndilts@law-mh.com; cpinto@law-mh.com; dpham@law-mh.com; lburdeos@law-mh.com; paralegal@law-mh.com; apham@law-mh.com; dgharibian@law-mh.c
- Subchapter V Trustee: **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com; C191@ecfcbis.com; cpesis@stradlinglaw.com
- Counsel for Debtor: **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com
- Counsel for US Trustee: **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- Counsel for DOL: **Nisha Parekh**    parekh.nisha@dol.gov, orlov.boris@dol.gov
- Counsel for Debtor: **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL [CONTINUED]**:

**ALL PRIORITY CREDITORS OF THE ESTATE (other than those served via NEF):**

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. BOX 826880
Sacramento, CA 94280-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento, CA 94279-0005

**ALL REMAINING CREDITORS OF THE ESTATE + PARTIES FOR NOTICE (other than those served via NEF):**

U. S. Securities and
Exchange Commission
Attn: Bankruptcy Counsel

444 South Flower Street,
Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of
Justice

Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Aaron Bradford
1142 E. 49TH Street
Los Angeles, CA 90011

Abel Martinez
c/o Zev Abramson, Esq.
Abramson Labor Group
11846 Ventura Blvd. Suite 100
Studio City, CA 91604

Andrew Espinoza
2838 Glenn Ave.
Los Angeles, CA 90023

Anthony Arrellano
44413 Benald Street
Lancaster, CA 93535

Brayan Hernandez
225 S. GRAND AVE., #501
Los Angeles, CA 90012

Bryan Hernandez
10502 Lyndora Street
Norwalk, CA 90605

Bryson Parham
c/o Levin & Nalbandyan
811 Wilshire Blvd., Suite 800
Los Angeles, CA 90017

Daniel Sanchez
8014 Puritan Street
Downey, CA 90242

Destini Cummings
2129 Myrtle Ave.
Long Beach, CA 90805

Devvonnair R. Johnson
c/o Justice Turner & Yana Henriks
McMurray Henriks, LLP
811 Wilshire Boulevard, Suite 1640
Los Angeles, CA 90017

Devvonnair R. Johnson
c/o Rene M. Maldonado, Esq.
1801 Century Park E, Ste 840
Los Angeles, CA 90067-2349

Eric Solorzano
7431 Marbrisa Ave.
Walnut Park, CA 90255

Francisco Ortiz
3012 Hope Street
Huntington Park, CA 90255

George Gonzalez
c/o Katherine Hogue, Esq.
Lawyers for Employee & Consumer Rig
4100 West Alameda Avenue Third Fl
Burbank, CA 91505

Guillermo Espinoza
2838 Glenn Ave.
Los Angeles, CA 90023

Harvey Dennis Collazo Gaxiola
dba Robin Hall, Esq.
4100 West Alameda Avenue Third Fl
Burbank, CA 91505

Jayson Bonilla
12641 Harris Ave.
Lynwood, CA 90262

Jocelyn Parham
4900 Castana Ave., #17
Lakewood, CA 90712

Juan Trejo
647 N. Cummings
Los Angeles, CA 90033

Kenneth Garcia
1742 W, Vernon Ave,
Los Angeles, CA 90062

Kevin Grigsby
2408 W. Bennett
Compton, CA 90220

Kevin Salvatierra
12708 York Ave.
Hawthorne, CA 90250

Malik Beasley
3325 Jasper Road Apt 92
Barstow, CA 92311

Peter Espinoza
8401 Hickory Street
Los Angeles, CA 90001

Randolf Clark
7513 Norton Ave., Apt 2
Los Angeles, CA 90046

Rashadd Witfield
7152 Elsa Ct.
Fontana, CA 92336

Ricardo Espinoza, Jr.
c/o Harout Meserlian, Esq
Meerelian Law Inc.
500 N. Central Ave., Suite 840
Glendale, CA 91203

Robert Lindsey
837 W. Beach Ave., Apt. 7
Inglewood, CA 90302

Ryan Sherman
434 E. Spruce Ave., Unit 108
Inglewood, CA 90301

Shlomi Meiri & Adie Meiri Herbarium
979 N La Brea Ave
Los Angeles, CA 90038

State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588

Tyon Parks
c/o David Lee Law, APC
515 S. Flowers Street, Suite 1900
Los Angeles, CA 90071

Tyron Parks
c/o Brandon M. Banks, Esq.
Brandon Banks Law, APC
340 South Lemon Ave., Suite 1409
Walnut, CA 91789

Virginia Bonilla
c/o Katherine Hogue, Esq.
Lawyers for Employee & Consumer Rig
4100 West Alameda Avenue
Third Fl
Burbank, CA 91505

Vitarika Blackburn
143 E. 109th Place
Los Angeles, CA 90061

Welner Javier Hernandez
1437 1/2 W. 24th Street
Los Angeles, CA 90007

Demontay Devin Kyle
2060 E Lucien Street
Compton, CA 90222

Keishon Bradford
c/o Omid Nosrati, Esq.
Law Office of Omid Nosrati
1801 Century Park East, Ste. 840
Los Angeles, CA 90067

Frank Cephas
1770 W. Arrow Route #101
Upland, CA 91786

Marc Justin Paraiso
c/o Michael Righetti, Esq
Righetti Glugoski, P.C.
220 Halleck Street, Suite 220
San Francisco, CA 94129

Marc Justin Paraiso
16502 Casa Grande Ave
Unit 217
Fontana, CA 92336

Theresa Panton
c/o Michael Righetti, Esq

Righetti Glugoski, P.C.
220 Halleck Street, Suite 220
San Francisco, CA 94129

Bryson Parham
c/o State of Calif. Dept of Industr
Labor Commissioner's Office
1500 Hughes Way, Ste. C-202
Long Beach, CA 90810

Bryson Parham
12900 Lakewood Blvd #16
Downey, CA 90042

Brian Perez
c/o Navid Kanani, Esq.
JS Abrams Law PC
20501 Ventura Blvd., Suite 165
Woodland Hills, CA 91364

Ruben Lopez
c/o Jason J. Buccat, Esq.
Downtown LA Law Goup, LLP
910 S. Broadway
Los Angeles, CA 90015

**_Removed due to returned mail:_**

Jhulisa Turcios
8712 Dalton Ave.
Los Angeles, CA 90047

Anthony Sanchez
1142 W. Vernon Ave.
Los Angeles, CA 90062

Bryson Parham
c/o Levin & Nalbandyan
811 Wilshire Blvd., Suite 800
Los Angeles, CA 90017

Cipriano Joe Gutierrez
11401 Central Ave
Chino, CA 91710

Duncan Carter

8100 S. New Hampshire Ave.
Los Angeles, CA 90044

Kevin Garriga
1021 Locust Ave.
Long Beach, CA 90813

Jean Carlos Reyes
12136 Chesterton Street
Whittier, CA 90605

Jay Marquise Estes
13095 Navajo Road, Apt 4
Apple Valley, CA 92308

Tyron Parks
c/o Brandon M. Banks, Esq.
Brandon Banks Law, APC

340 South Lemon Ave., Suite 1409
Walnut, CA 91789

Jerome Benefield
1214 E. 70th Street, Apt. C
Los Angeles, CA 90001

Malik Beasley
3325 Jasper Road Apt 92
Barstow, CA 92311

Khalee Nathan
c/o Abramson Law Group
11846 Ventura Blvd., Suite 100
Studio City, CA 91604

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL [CONTINUED]:**

**Via email:**

- Debtor's principal: not listed for privacy reasons
- Counsel for D. Johnson: **Yana G Henriks**    yhenriks@law-mh.com
- Subchapter V Trustee: **Gregory Kent Jones (TR)**    gjones@sycr.com
- Counsel for US Trustee**: Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- Counsel for DOL: **Nisha Parekh**    parekh.nisha@dol.gov